

# Fourth Court of Appeals
## San Antonio, Texas

June 11, 2014

Nos. 04-14-00232-CR
04-14-00233-CR &
04-14-00234-CR

The **STATE** of Texas,
Appellant

v.

Ricardo **GARZA**,
Appellee

From the County Court at Law No. 15, Bexar County, Texas
Trial Court Nos. 413042, 413041, & 413040
The Honorable Michael La Hood, Judge Presiding

**ORDER**

     In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and the appeals are DISMISSED.

     We ORDER the clerk of this court to immediately issue the mandates. *See* TEX. R. APP. P. 18.1(c).

     It is so **ORDERED** on June 11, 2014.

_____
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of June, 2014.

_____
Keith E. Hottle, Clerk